Case 9:14-cv-81046-DMM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
# CIVIL NO. 9:14-cv-81044

FILED by _____ D.C.

SEP 0 2 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

OCWEN LOAN SERVICING, L.L.C.,

    Plaintiff,

v.

CONNOLLY, GEANEY, ABLITT & WILLARD, P.C., a Rhode Island professional corporation, f/k/a ABLITT SCOFIELD P.C., JOHN CONNOLLY, JR., an individual, KEVIN GEANEY, an individual, RACHELLE WILLARD, an individual, ROBERT FEIGE, an individual, LAWRENCE SCOFIELD, an individual, DURHAM COMMERCIAL CAPITAL CORP., a New York corporation,

    Defendant

---

# DEFENDANT ROBERT FEIGE'S ANSWER TO
# PLAINTIFF OCWEN LOAN SERVICING, L.L.C., COMPLAINT AND
# JURY DEMAND

## INTRODUCTION

1. Feige denies mismanaging, misappropriating trust accounts belonging to Ocwen, failing to disclose such information and any wrongful conduct relating to Ocwen. As to all other allegations, Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
2. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
3. Feige denies any wanton and willful violation of law. As to the remainder of the paragraph Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
4. Feige denies.
5. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
6. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

## PARTIES

7. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
8. Agreed.
9. Agreed.
10. Agreed.
11. Agreed.
12. Agreed.
13. Agreed.
14. Agreed.
15. Agreed that Feige is a resident of Massachusetts. Feige does not have sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph.
16. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

17. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
18. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
19. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
20. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

## FACTUAL ALLEGATIONS

21. Agreed.
22. Agreed.
23. Agreed.
24. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
25. Agreed.
26. Agreed.
27. Agreed.
28. Agreed.
29. Agreed.
30. Agreed.
31. Agreed.
32. Agreed.
33. Agreed.
34. Agreed.
35. Agreed.
36. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
37. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
38. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
39. Denied.
40. Denied.

41. Denied.
42. Denied.
43. Denied.
44. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
45. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
46. Denied.
47. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
48. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
49. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
50. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
51. Agreed.
52. Agreed.
53. Agreed.
54. Agreed.
55. Feige denies that CGAW assigned Ocwen receivables to Durham Capital. Feige does not have sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph.
56. Denied.
57. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
58. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
59. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
60. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
61. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

62. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
63. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
64. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
65. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
66. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
67. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

## FIRST CAUSE OF ACTION
## AGAINST CGAW FOR LEGAL MALPRACTICE,
## BREACH OF LEGAL DUTY AND ETHICAL VIOLATIONS
## AGAINST CGAW AND THE LAW PARTNERS

68. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
69. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
70. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
71. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
72. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.

73. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
74. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
75. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.

## SECOND CAUSE OF ACTION
## BREACH OF FIDUCIARY DUTY
## AGAINST CGAW AND THE LAW PARTNER

76. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
77. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
78. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
79. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
80. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
81. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.

## THIRD CAUSE OF ACTION
## BREACH OF CONTRACT AGAINST CGAW

82. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
83. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
84. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
85. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
86. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
87. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.
88. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further Feige was not a Partner of CGAW but a non-attorney employee.

## FOURTH CAUSE OF ACTION
## INDEMNITY AGAINST CGAW, FEIGE AND THE LAW PARTNERS

89. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
90. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Further, Feige is not a party to the agreement and specifically denies any duty to OCWEN.
91. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

92. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

## FIFTH CAUSE OF ACTION
## ACTION FOR DECLARATORY JUDGMENT AGAINST CGAW AND DURHAM CAPITAL

93. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
94. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
95. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

## SIXTH CAUSE OF ACTION
## UNFAIR AND DECEPTIVE ACTS AND PRACTICES AGAINST CGAW, THE LAW PARTNERS AND DURHAM CAPITAL

96. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
97. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
98. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
99. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
100. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
101. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
102. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
103. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

104. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
105. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
106. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
107. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
108. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

### SEVENTH CAUSE OF ACTION
### UNJUST ENRICHMENT
### AGAINST DURHAM CAPITAL, CGAW AND THE LAW PARTNERS

109. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
110. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
111. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
112. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
113. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
114. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

### EIGHTH CAUSE OF ACTION
### CONVERSION
### AGAINST CGAW, FEIGE AND THE LAW PARTNERS

115. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

116. Denied.
117. Denied.
118. Denied.
119. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

## NINTH CAUSE OF ACTION
## ACTION FOR ACCOUNTING
### AGAINST CGAW, FEIGE AND THE LAW PARTNERS

120. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
121. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
122. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

## TENTH CAUSE OF ACTION
## FRAUD AND MISREPRESENTATION
### AGAINST CGAW, FEIGE AND THE LAW PARTNERS

123. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
124. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
125. Denied.
126. Denied.
127. Denied.
128. Denied.
129. Denied.
130. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

## ELEVENTH CAUSE OF ACTION
## FRAUD BY SUPPRESSION
## AGAINST CGAW, FEIGE AND THE LAW PARTNERS

131. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
132. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
133. Denied.
134. Denied.
135. Denied.
136. Denied.
137. Denied.
138. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
139. Denied.
140. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

## TWELFTH CAUSE OF ACTION
## NEGLIGENCE
## AGAINST CGAW, FEIGE AND THE LAW PARTNERS

141. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
142. Denied as to Feige. Feige does not have sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph.
143. Denied as to Feige. Feige does not have sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph.
144. Denied as to Feige. Feige does not have sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in this paragraph.

145. No response is required.

## THIRTEENTH CAUSE OF ACTION
## BREACH OF IMPLIED COVENANT GOOD FAITH AND FAIR DEALING AGAINST CGAW

146. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
147. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
148. Feige does not have sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.
149. No response is required.

## PRAYER FOR RELIEF

These paragraphs do not require an admission or denial by Feige To the extent that these paragraphs contain allegations made against Feige they are hereby denied.

## FIRST AFFIRMATIVE DEFENSE

Feige is not a signature personally to any Agreement between CGAW and OCWEN.

## SECOND AFFIRMATIVE DEFENSE

Feige, at all times during his three years of employment with CGAW, did not have authorization to sign checks, transfer funds internally or externally, wire funds externally on any operating or IOLTA account of CGAW.

## THIRD AFFIRMATIVE DEFENSE

As an employee, Feige's duty is legally to CGAW.

## FOURTH AFFIRMATIVE DEFENSE

All of the alleged injuries sustained by Plaintiff, if any, were directly and proximately caused by the actions of third parties for whom Feige is not legally responsible

## FIFTH AFFIRMATIVE DEFENSE

At all times Feige acted in good faith and in accordance with directives by corporate officers and directors of CGAW.

                                Respectfully submitted pro se
                                By the Defendant Robert Feige,

                                *[signature]*
                                Robert Feige
                                46 Cartwright Road
                                Wellesley, MA 02482
                                Tel. (617)581-3139
Dated: August 28, 2014          bobfeige@gmail.com

## CERTIFICAT OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon each party appearing pro se and the attorney of record for each party where named or known to me.

_8/28/2014_                     _[signature]_
Date                            Robert Feige