FILED BY _____ D.C.
OCT 09 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CIVIL ACTION NO.: 9:14-cv-81046

OCWEN LOAN SERVICING, LLC, )

Plaintiff,

v.

CONNOLLY, GEANEY, ABLITT & WILLARD, P.C.,
a Rhode Island Professional Corporation, f/k/a ABLITT
SCOFIELD, P.C., JOHN CONNOLLY, JR., as an individual,
KEVIN P. GEANEY, as an individual, STEVEN ABLITT,
as an individual, RACHELLE WILLARD, as an individual,
ROBERT FEIGE, as an individual, LAWRENCE SCOFIELD,
as an individual, and DURHAM COMMERCIAL CAPITAL
CORP., a New York Corporation,

Defendants

## MOTION TO DISMISS OF DEFENDANT RACHELLE D. WILLARD

Now comes defendant Rachelle D. Willard ("Mrs. Willard"), and moves to dismiss the above-captioned action because:

1. the amount in controversy as to Mrs. Willard is less than the sum or value specified by 28 U.S.C. § 1322;

2. The parties are not diverse;

3. Mrs. Willard is not subject to the personal jurisdiction of this Court; and

4. venue is improper as Mrs. Willard does not reside in this district an no part of the events or omissions giving rise to the claim occurred in this district.

1

Respectfully submitted,

_____
Rachelle D. Willard
*Pro Se*
79 Plymouth Street
Marlborough, MA 01752
(617) 834-7223
rachelledwillard@gmail.com

## Certificate of Service

I, Rachelle D. Willard, hereby certify that on this 7th day of October 2014 I caused the foregoing to be served by first-class mail upon the following:

D. Brian O'Dell, Esq.
Bradley Arant Boult Cummings, LLP
1819 5th Avenue, North
Birmingham, AL 35203

Robert Feige
46 Cartwright Road
Wellesley, MA 02482

Michael W. Ullman, Esq.
150 East Palmetto Park Road, Suite 700
Boca Raton, FL 33432

_____
Rachelle D. Willard

2