IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CIVIL NO. 9:14-cv-81046



OCWEN LOAN SERVICING, L.L.C.  )
    Plaintiff )
)
v. )
)
CONNOLLY, GEANEY, ABLITT & WILLARD )
P.C., F/K/A ABLITT SCOFIELD, P.C., JOHN )
CONNOLLY, as an individual, KEVIN )
GEANEY, as an individual, STEVEN )
ABLITT, as an individual, RACHELLE )
WILLARD, as an individual, ROBERT )
FEIGE, as an individual, LAWRENCE )
SCOFIELD, as an individual, AND )
DURHAM COMMERICAL CAPITAL )
CORPORATION, a New York corporation )
)
    Defendants )

### DEFENDANT'S, STEVEN ABLITT, MOTION TO DISMISS OCWEN LOAN SERVICING, LLC'S COMPLAINT AND DURHAM COMMERICAL CAPTIAL CORPORATION'S CROSS-COMPLAINT UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION

NOW COMES the Defendant, Steven Ablitt, and appearing specifically for the limited purpose of the motion only, moves pursuant to Federal Rule 12(B)(2) to Dismiss the Complaint for lack of in personam jurisdiction[1] because:

1. Steven Ablitt, in his individual capacity is not subject to the personal jurisdiction of this Court;

---

[1] The Defendant expressly preserve and reserves the right to move to dismiss Plaintiff's Complaint for its failure to state a claim upon which relief can be granted, should such a motion become necessary.

2. Steven Ablitt does not the sufficient contacts with Florida;

3. Steven Ablitt hasn't committed a tort nor perpetrated fraud in Florida; and

4. The personal guarantee between Steven Ablitt and Durham Commercial Capital is an alleged contract executed in Massachusetts.

**WHEREFORE**, the Plaintiff prays for the Court to Dismiss Ocwen Loan Servicing, LLC complaint against Steven Ablitt, individually and Durham Commercial Capital's Cross-Complaint against Steven Ablitt.

Dated: October 7, 2014

Respectfully Submitted

Steven Ablitt,
6 Ramsdell Way
Lynnfield MA 01940
617-905-4715
sablitt@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CIVIL NO. 9:14-cv-81046

OCWEN LOAN SERVICING, L.L.C.             )
                                         )
         Plaintiff                       )
                                         )
v.                                       )
                                         )
CONNOLLY, GEANEY, ABLITT & WILLARD       )
P.C., F/K/A ABLITT SCOFIELD, P.C., JOHN  )
CONNOLLY, KEVIN GEANEY, STEVEN           )
ABLITT, RACHELLE WILLARD, ROBERT         )
FEIGE, LAWRENCE SCOFIELD, AND            )
DURHAM COMMERICAL CAPITAL                )
CORPORATION, a New York corporation      )
                                         )
         Defendants                      )
                                         )

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014, I served a true and correct copy of the Motion to Dismiss upon the following individuals below by first class regular mail:

**Michael W. Ullman**
Ullman & Ullman, P.A.
150 E Palmetto Park Road
Suite 700
Boca Raton, FL 33432

**Jason R Bushby**
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue, North
Birmingham, AL 35203

**David Brian O'Dell**
Bradley Arant Boult Cummings LLP
1819 5th Avenue North
One Federal Place
Birmingham, AL 35203-2119

**Hope Thai Cannon**

Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Kevin Geaney
174 Judge Road
Lynn, MA 01904

Robert Feige
46 Cartwright Road
Wellesley, MA 02482

*Steven Ablitt* (signature)