FILED BY _____ D.C.
OCT 2 0 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 9:14-cv-81046-DDM

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| CONNOLLY, GEANEY, ABLITT & WILLARD, P.C., a Rhode Island Professional Corporation, f/k/a ABLITT SCOFIELD, P.C., JOHN CONNOLLY, JR., as an individual, KEVIN P. GEANEY, as an individual, STEVEN ABLITT, as an individual, RACHELLE WILLARD, as an individual, ROBERT FEIGE, as an individual, LAWRENCE SCOFIELD, as an individual, and DURHAM COMMERCIAL CAPITAL CORP., a New York Corporation, | ) |
| Defendants | ) |

## MOTION TO DISMISS OF DEFENDANT JOHN CONNOLLY, JR.

Now comes defendant John Connolly, Jr, ("Mr. Connolly"), and moves to dismiss the above-captioned action because:

1. The amount in controversy as to Mr. Connolly is less than the sum or value specified by 28 U.S.C. § 1322;

2. The parties are not diverse;

3. Mr. Connolly is not subject to the personal jurisdiction of this Court; and

4. Venue is improper as Mr. Connolly does not reside in this district and no part of the events or omissions giving rise to the claim occurred in this district.

5. And, for all other reasons set forth in the Memorandum in Support of this motion filed herewith.

Respectfully submitted,
JOHN CONNOLLY, JR.,

_____
*Pro Se*
John Connolly, Jr.
17 Bourbeau Terrace
Newburyport, MA 01950
978-255-2262
john.connolly4@comcast.net

Certificate of Service

I, John Connolly, Jr., hereby certify that on this 14th day of October 2014 I caused the foregoing to be served by first-class mail upon the following:

D. Brian O'Dell, Esq.
Bradley Arant Boult Cummings, LLP
1819 5th Avenue, North
Birmingham, AL  35203

Robert Feige
46 Cartwright Road
Wellesley, MA 02482

Michael W. Ullman, Esq.
150 East Palmetto Park Road, Suite 700
Boca Raton, FL 33432

Kevin Geaney
174 Judge Road
Lynn, MA 01904

_____
John Connolly, Jr.

2