UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-CV-81046-MIDDLEBROOKS/BRANNON

OCWEN LOAN SERVICING, L.L.C.,

    Plaintiff,

v.

CONNOLLY, GEANEY, ABLITT &
WILLARD, P.C., a Rhode Island
corporation f/k/a ABLITT
SCOFIELD, P.C., JOHN CONNOLLY,
JR., an individual, KEVIN GEANEY, an
individual, STEVEN ABLITT, an
individual, RACHELLE WILLARD, an
individual, ROBERT FEIGE, an
individual, LAWRENCE SCOFIELD,
an individual, and DURHAM
COMMERCIAL CAPITAL CORP., a
New York corporation,

    Defendants.
_____/

## ORDER ON DEFENDANTS' MOTIONS TO DISMISS

THIS CAUSE is before the Court upon Defendant Durham Commercial Capital Corp.'s Motion to Dismiss Complaint [DE 24], and upon Defendant Kevin P. Geaney's Motion to Dismiss Complaint [DE 32] ("Motions"). Because Plaintiff filed an Amended Complaint on October 2, 2014, [*see* DE 35], both Motions have been rendered moot. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant Durham Commercial Capital Corp.'s Motion to Dismiss Complaint [DE 24] is **DENIED AS MOOT**; and

2. Defendant Kevin P. Geaney's Motion to Dismiss Complaint [DE 32] is **DENIED AS MOOT**.

**SO ORDERED** in Chambers at West Palm Beach, Florida, this ___19___ day of November, 2014.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record